IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02512-BNB

GARY WAYNE TURNER,

    Applicant,

v.

JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for appointment of counsel (Doc. No. 4), filed on October 14, 2010, is DENIED as premature. Additionally, Plaintiff's motion to supplement (Doc. No. 5), also filed on October 14, is DENIED as unnecessary.

Dated: October 21, 2010