IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02512-BNB

GARY WAYNE TURNER,

    Applicant,

v.

KEVIN MILYARD, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Gary Wayne Turner, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On January 3, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Turner to show cause within thirty days why the Application should not be denied as a mixed petition for failure to exhaust state court remedies. Mr. Turner now has failed to file a Response to Magistrate Judge Boland's Order to Show Cause within the time allowed.

Upon review of the file and Magistrate Judge Boland's January 3 Order, the Court finds that the Application is a mixed petition and is subject to dismissal. The Court, therefore, will deny the Application as a mixed petition and dismiss the action without prejudice. Mr. Turner is reminded that even though the instant action currently is timely under 28 U.S.C. § 2244(d) does not mean that any future action filed by Mr. Turner will be timely. Accordingly, it is

ORDERED that Application is denied as a mixed petition for failure to exhaust state court remedies and the action is dismissed without prejudice in favor of Respondents and against Applicant.  It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Turner has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this 10th day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02512-BNB

Gary Wayne Turner
Prisoner No. 136448
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 10, 2011.

                         GREGORY C. LANGHAM, CLERK

                         By: _____
                                  Deputy Clerk